Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988f
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALISE MEKASWARN d/b/a ALIYA LAVALAND; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-06480-JAK-MRW<br><br>Honorable Judge John A. Kronstadt<br>Courtroom 10B<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: August 11, 2021<br>Trial Date: None |

1  Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis.  A notice of dismissal of
3  Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure
4  41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.
5  Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is
6  not finalized.

8  Dated: September 22, 2021                    Respectfully Submitted,

10                                              /s/ Thiago M. Coelho
11                                              Thiago M. Coelho
                                                **WILSHIRE LAW FIRM**
12                                              *Attorneys for Plaintiff and
                                                Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 22, 2021              */s/ Thiago M. Coelho*
                                       Thiago M. Coelho